The judgment is reversed and the cause remanded.

## CUNNINGHAM v. STATE.
### No. 18842.

Court of Criminal Appeals of Texas.

March 3, 1937.

R. Temple Dickson, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling whisky in prohibition territory, punishment being a fine of $150.

The complaint and information alleged that the sale was made in Scurry county, Tex., after the sale of such liquor had been prohibited in said county as the result of

## ADCOCK v. STATE.
### No. 18860.

Court of Criminal Appeals of Texas.

March 3, 1937.

Oren Parmeter, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the theft of a draft of the value of $400; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception, in the absence of which nothing has been perceived which would require discussion or justify a reversal of the judgment. It is therefore affirmed.